SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, IDELFONSO URBINA VALENCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:09–CR-00461-OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER FOR A RESETTING OF STATUS CONFERENCE |
| v. | ) ) |  |
| IDELFONSO URBINA VALENCIA, | ) ) | Date: Monday, June 14, 2010 Time: 9:00 a.m. |
| Defendant. | ) ) | Courtroom: Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between plaintiffs, the United States of America, and the defendants by and through their respective attorneys, that the time set for the Status Conference hearing set for Monday, June 14, 2010 at 9:00 a.m. be moved to Monday, June 21, 2010 at 9:00 a.m. as Mr. Sciandra has unexpectedly been called out of town on June 14th.

Respectfully submitted,

DATED: June 4, 2010        /s/   Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
IDELFONSO URBINA VALENCIA

/ / /

/ / /

/ / /

/ / /

/ / /

1  / / /

2  / / /

3  DATED:  June 4, 2010                              /s/   Kimberly A. Sanchez
                                                     KIMBERLY A. SANCHEZ
4                                                    Assistant United States Attorney

5

6  IT IS SO ORDERED.

7  **Dated:   June 4, 2010**                         **/s/ Oliver W. Wanger**
                                                     UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. v. IDELFONSO URBINA VALENCIA
STIPULATION AND ORDER FOR A RESETTING OF STATUS CONFERENCE
CASE NUMBER: 1:09–CR-00461-OWW                                                        2