SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, IDELFONSO URBINA VALENCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IDELFONSO URBINA VALENCIA, ) <br> ) <br> Defendant. ) <br> ) | CASE NUMBER: 1:09–CR-00461-OWW <br><br> STIPULATION AND ORDER FOR A RESETTING OF STATUS CONFERENCE <br><br> Date:      Monday, July 26, 2010 <br> Time:     9:00 a.m. <br> Courtroom:  Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between plaintiffs, the United States of America, and the defendants by and through their respective attorneys, that the time set for the Status Conference hearing set for Monday, July 12, 2010 at 9:00 a.m. be moved to Monday, July 26, 2010 at 9:00 a.m. for further negotiation and settlement.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

Respectfully submitted,

DATED: July 6, 2010                    /s/   Salvatore Sciandra
                                       SALVATORE SCIANDRA
                                       Attorney for Defendant,
                                       IDELFONSO URBINA VALENCIA

///
///

1 / / /

2 DATED:  July 6, 2010                           /s/   Kimberly A. Sanchez
                                                 KIMBERLY A. SANCHEZ
3                                                Assistant United States Attorney

4

5 IT IS SO ORDERED.

6 **Dated:    July 6, 2010**                        **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE

U.S. v. IDELFONSO URBINA VALENCIA
STIPULATION AND ORDER FOR A RESETTING OF STATUS CONFERENCE
CASE NUMBER: 1:09–CR-00461-OWW                                                                    2