1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559.233.1000
   Facsimile: 559.233.6044
4

5  Attorney for Defendant, IDELFONSO URBINA VALENCIA

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )    CASE NUMBER: 1:09–CR-00461-OWW
                                    )
11              Plaintiff,          )    STIPULATION AND  ORDER TO
                                    )    CONTINUE SENTENCING
12 v.                               )
                                    )    Date:      Monday, November 15, 2010
13 IDELFONSO URBINA VALENCIA,       )    Time:      9:00 a.m.
                                    )    Courtroom: Honorable Oliver W. Wanger
14              Defendant.          )
                                    )
15

16     **IT IS HEREBY STIPULATED** by and between plaintiffs, the United States of America, and

17 the defendants by and through their respective attorneys, that the time set for the Sentencing hearing

18 on Monday, November 15,  2010 at 9:00 a.m. be moved to Monday, November 22, 2010 at 9:00 a.m.

19 because defense counsel will be out of town for a family emergency at the time the hearing is presently

20 set.

21     The parties also agree that any delay resulting from this continuance shall be excluded in the

22 interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

23                                           Respectfully submitted,

24

25 DATED: November 8, 2010                    /s/   Salvatore Sciandra
                                              SALVATORE SCIANDRA
26                                            Attorney for Defendant,
                                              IDELFONSO URBINA VALENCIA
27 / / /

28 / / /

1

DATED:  November 8, 2010                    /s/   Yasin Mohammad
2                                                                              YASIN MOHAMMAD
                                                                                     Assistant United States Attorney
3

4  IT IS SO ORDERED.

5  **Dated:     November 9, 2010**                _____**/s/ Oliver W. Wanger**_____
                                                                                  UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. v. IDELFONSO URBINA VALENCIA
STIPULATION AND  ORDER TO CONTINUE SENTENCING
CASE NUMBER: 1:09–CR-00461-OWW                                                                                               2